UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| JOSHUA DOEPKER, | CASE NO.  5:07CV2456 |
| Plaintiff | |
| vs. | JUDGE JOHN R. ADAMS |
| EVEREST INDEMNITY INSURANCE CO., et al. | |
| | **ORDER** |
| Defendants | |

The Court has reviewed the above captioned case, and has considered the parties' pleadings, Plaintiff's Motion to Remand, the response in opposition filed by Defendant Everest Insurance, and all other filings in this case, as well as the docket from the state court in which the original proceedings in this matter were held and the information provided during the Case Management Conference held before this Court on November 7, 2007.  The Court now orders that all counsel in this matter appear via telephone for a hearing on the issue of this Court's jurisdiction to conduct proceedings given the appeal pending in the Fifth District Court of Appeals on the issue of the underlying default judgment and granted by the state trial court.  Said hearing shall take place on November 13, 2007, at 11:00 am.  Counsel to initiate conference call to the court at (330)252-6070.

IT IS SO ORDERED.

DATED:  November 8, 2007

 _s/ John R. Adams_____
John R. Adams
United States District Judge

1